# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MESSER, | ) Case No.: 1:17-cv-01154 - DAD - JLT |
| Plaintiff, | ) ORDER CONTINUING THE SCHEDULING <br> ) CONFERENCE TO DECEMBER 6, 2017 |
| v. | ) |
| LEHIGH SOUTHWEST CEMENT COMPANY, et al., | ) |
| Defendants. | ) |

On October 26, 2017, Plaintiff and Defendants filed a stipulation for the continuance of the scheduling conference currently set for November 22, 2017. (Doc. 10) The parties observe that November 22 is the day before Thanksgiving, and "counsel for all Parties are unavailable … due to previously scheduled vacations in connection with the Thanksgiving holiday." (*Id.* at 2) Therefore, the parties propose the conference be continued to December 6, 2017. (*Id.* at 3)

Good cause appearing, and based upon the stipulation of the parties, the Court **ORDERS**: the scheduling conference set for November 22, 2017 is **CONTINUED** to **December 6, 2017** at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**October 27, 2017**__     __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE

1