UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MESSER,<br><br>             Plaintiff,<br><br>  vs.<br><br>LEHIGH SOUTHWEST CEMENT COMPANY, et al.,<br><br>            Defendants. | Case No.: 1:17-cv-01154-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE**<br><br>(Doc. 17) |

Counsel report that they are due to attend mediation on March 20, 2018 and are hopeful that this may settle the case. (Doc. 17) They request the Court continue the mid-discovery status conference for about a month. Id. at 2-3. Therefore, the Court **ORDERS**:

    1.    The mid-discovery status conference is **CONTINUED** to **April 26, 2018** at 8:15 am. All other requirements related to the joint report remain unchanged.

IT IS SO ORDERED.

    Dated:  **March 13, 2018**                     **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE